IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  09-CV-6099L

$24,500.00 UNITED STATES CURRENCY,

    Defendant.

## **DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

The plaintiff, the United States of America, has moved for a Default Judgment pursuant to Federal Rules of Civil Procedure 55(b)(2), and for an Order of Forfeiture. After reviewing the affidavit of Special Assistant United States Attorney Kathryn L. Smith dated May 14, 2009, and, it appearing that no claimant has timely filed a Verified Claim and Answer in this action, as required by the Summons that was served upon them, as provided by Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions and Title 18, United States Code, Section 983(a)(4)(A) and, it appearing that an Entry of Default against the defendant property has been entered in this action by the Clerk of the Court, and that the plaintiff is entitled to have a Judgment by Default entered, it is hereby

**ORDERED**, that Default Judgment be entered against the defendant property; and it is further

**ORDERED**, that the defendant $24,500.00 United States Currency is forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6), and that the defendant property shall be disposed of by the United States Marshals Service or any other authorized law enforcement officer according to law; and it is further

**ORDERED**, that any claims to the defendant property are hereby forever barred; and it is further

**ORDERED**, that this action be and is hereby dismissed.

Dated: May 15, 2009, at Rochester, New York.

*[signature]*
HONORABLE DAVID G. LARIMER
UNITED STATES DISTRICT JUDGE